UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK L. HYMON,<br><br>                    Plaintiff,<br>    v.<br>NICOLE SITTRE, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-01916-JAD-NJK<br><br>ORDER |

I.     **DISCUSSION**

According to the Clark County Detention Center ("CCDC") database, Plaintiff is no longer housed at the address listed with the Court. However, Plaintiff has not filed an updated address with this Court. Pursuant to LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

Plaintiff will have until **June 17, 2024**, to file his updated address with the Court. If Plaintiff does not update the Court with his current address by **June 17, 2024**, this case will be subject to dismissal without prejudice.

Additionally, the Court **DENIES** the application to proceed *in forma pauperis* for prisoners Docket No. 4, as moot because Plaintiff is no longer incarcerated. The Court **ORDERS** Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by **June 17, 2024**, or pay the full filing fee of $402.

///

///

1

## II. CONCLUSION

For the foregoing reasons,

**IT IS ORDERED** that Plaintiff must file an updated address with the Clerk of the Court no later than **June 17, 2024**.

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed *in forma pauperis* is denied as moot. Docket No. 4.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that, no later than **June 17, 2024**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: May 17, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE